CHARLES A. CURRIER, APPELLEE, V. SETTY SCHMIDEKE TESKE ET AL., APPELLANTS.

FILED JANUARY 16, 1913.    No. 16,859.

APPEAL from the district court for Madison county: ANSON A. WELCH, JUDGE. *Reversed.*

*John J. Sullivan* and *M. D. Tyler*, for appellants.

*William V. Allen* and *Willis E. Reed, contra.*

HAMER, J.

The opinion in *Currier v. Teske, ante,* p. 7, is also the opinion in this case, the two cases being heard and determined together in this court.

REVERSED.

SEDGWICK and FAWCETT, JJ., dissent.

BARNES, J., took no part in this case.